**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-02421-REB-MJW

ALEMAYEHU GETACHEW,

    Plaintiff,

v.

7-ELEVEN, INC., and
GOOGLE,

    Defendants.

## ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

**Blackburn, J.**

The matters before me are (1) the **Recommendation that Claims Against Defendant Google Be Dismissed Based Upon the Plaintiff's Failure To Servce and Failure To Prosecute** [#34][1] filed January 30, 2012; and (2) the objections contained in **Plaintiff's Appeal From the United States Magistrate Judge's Recommendation on "Failure To Serve" Filed on January 30, 2012 to the United State** [*sic*] **District Judge** [#39] filed February 9, 2012. I overrule the objections, adopt the recommendation, and dismiss defendant Google without prejudice for failure to effectuate timely service.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the

---

[1] "[#34]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. Moreover, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Erickson v. Pardus**, 551 U.S. 89, 94, 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007); **Andrews v. Heaton**, 483 F.3d 1070, 1076 (10th Cir. 2007); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing **Haines v. Kerner**, 404 U.S. 519, 520-21, 92 S.Ct. 594, 595-96, 30 L.Ed.2d 652 (1972)). However, I have not acted as an advocate for the plaintiff.

The recommendation is detailed and well-reasoned. Contrastingly, plaintiff's objections are imponderous and without merit.

Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation that Claims Against Defendant Google Be Dismissed Based Upon the Plaintiff's Failure To Servce and Failure To Prosecute** [#34], filed January 30, 2012, is **APPROVED AND ADOPTED** as an order of this court;

2. That the objections stated in **Plaintiff's Appeal From the United States Magistrate Judge's Recommendation on "Failure To Serve" Filed on January 30, 2012 to the United State** [*sic*] **District Judge** [#39], filed February 9, 2012, are **OVERRULED**;

3. That plaintiff's claims against defendant Google are **DISMISSED WITHOUT**

**PREJUDICE** for failure to effect timely service of process as required by Fed.R.Civ.P. 4(m); and

    4.  That defendant Google is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly.

Dated March 14, 2012, at Denver, Colorado.

                                **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge