IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 11-cv-02421-REB-MJW

ALEMAYEHU GETACHEW,

Plaintiff(s),

v.

7-ELEVEN, INC.,

Defendant(s).

## MINUTE ORDER

      A court's decision to grant or deny a motion to stay is within the sound discretion of the court.  See Ben Ezra, Weinstein, & Co. v. Am. Online Inc., 206 F.3d 980, 987 (10th 2000).  "When applying for a stay, a party must show 'a clear case of hardship or inequity' if 'even a fair possibility' exists that the stay would damage another party."  Id. (quoting Span-Eng Assocs. V. Weidner, 711 F.2d 464, 468 (10th Cir. 1985)).  The court finds that, given plaintiff's voluminous and largely duplicative filings in this matter, any delay will fairly damage defendant.  The court further finds that plaintiff has not shown a clear case of hardship.

      Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Stay (Docket No. 79) is **DENIED**.

Date:  July 12, 2012