**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-02421-REB-MJW

ALEMAYEHU GETACHEW,

    Plaintiff,

v.

7-ELEVEN, INC.,

    Defendant.

---

**FINAL JUDGMENT**

---

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, **Final Judgment** is entered.

A. Pursuant to the **Order Overruling Objections to and Adopting Recommendation of the United States Magistrate Judge** [#45] entered by Judge Robert E. Blackburn on March 14, 2012, which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That plaintiff's claims against defendant Google are **DISMISSED WITHOUT PREJUDICE** for failure to effect timely service of process as required by Fed.R.Civ.P. 4(m); and

2. That defendant Google is **DROPPED** as a named party to this action, and the case caption **AMENDED** accordingly.

B. Pursuant to the **Order Adopting Recommendation of the United States Magistrate Judge** [#89] entered by Judge Robert E. Blackburn on September 24, 2012,

which order is incorporated by reference,

**IT IS ORDERED** as follows:

1. That **Defendant 7-Eleven, Inc.'s Motion To Dismiss** [#10], filed October 18, 2011, is **GRANTED** insofar as it asserts that plaintiffs' claims are barred by the applicable statutes of limitation;

2. That plaintiff's claims are **DISMISSED WITH PREJUDICE**

3. That **JUDGMENT IS ENTERED** on behalf of defendant, 7-Eleven, Inc., and against plaintiff, Alemayehu Getachew, as to all claims and causes of action asserted herein; provided, that **JUDGMENT IS WITH PREJUDICE**.

DATED at Denver, Colorado, this 25th day of September, 2012.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/Edward P. Butler
　　　Edward P. Butler
　　　Deputy Clerk